AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SLOVITER, DOLORES K. | United States Court of Appeals for the Third Circuit | 5/15/06 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br>United States Circuit Judge - Active | 5a. Report Type (check appropriate type)<br>___ Nomination, Date ___<br>___ Initial   X Annual   ___ Final<br>5b. ___ Amended Report | 6. Reporting Period<br>1/1/05 through 12/31/05 |
|---|---|---|

| 7. Chambers or Office Address<br>18614 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Board of Trustees | National Constitution Center |
| 2 Executrix | Estate of ▮▮▮▮▮▮▮▮▮▮ |
| 3 Rhodes Selector | 2005 Delaware/Pennsylvania Selection Committee for Rhodes Scholars |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 Salary | Temple University, Phila., PA | $9,522.00 |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

X NONE (No reportable non-investment income.)

1

2

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| DOLORES K. SLOVITER | 5/15/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Attending Portrait Presentation of Hon. Carol Los Mansmann | 5/1-2/05 - Pittsburgh, PA (TRANSPORTATION, FOOD, HOTEL) |
| 2 | Attending FJC National Symposium of Ct. of Appeals Judges | 11/3-4/05 - Washington, D.C. (TRANSPORTATION, FOOD, HOTEL) |
| 3 | Attending Third Circuit Ct. of Appeals Judges Retreat | 11/28-30/05 - Inn at Montchanin, Delaware (TRANSPORTATION, FOOD, HOTEL) |
| 4 | Attending National Constitution Center Board of Trustees Mtg. | 4/21/05 - 4/22/05 - Washington, D.C. - I received no reimbursement as I spent my own funds. |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| DOLORES K. SLOVITER | 5/15/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 SEE ATTACHED PAGES 1-8 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: (See Col. B1, D4)   A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000   F=$50,001- $100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes: (See Col. C1, D3)   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes: (See Col. C2)   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market   U=Book value   V=Other   W=Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. Description of Assets Place "(X)" after each asset exempt prior dis-closure | B. Income during period | | C. Gross Value at end of period | | D. Transactions during period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | If not exempt from disclosure | | | | |
| | | | | | | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/ seller | |
| Exelon - com. stock | C | Div. | M | T | See PSEG | | | | | |
| GE - com. stock | B | Div. | L | T | | | | | | |
| IT&T Industries - com. stock | A | Div. | J | T | | | | | | |
| Hartford Fin. Services - com. stock | A | Div. | K | T | | | | | | |
| PSEG - merged into Exelon | merger approved by FERC effective 6/30, date unclear | | | | | | | | | |
| Rayonier - com. stock | A | Div. | J | T | | | | | | |

---

1. Income/Gain Codes:    A = $1,000 or less        B = $1,001 to $2,500
   C = $2,501 to $5,000    D = $5,001 to $15,000    E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:        J = $15,000 or less        K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000    P = over $1,000,000

3. Value Method Codes:  Q = Appraisal    R = Cost (real estate only)
   S = Assessment        T = Cash/market  U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | | If not exempt from disclosure | | |
| Place "(X)" after each asset exempt prior dis- closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month- Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden- tity from buyer/ seller |
| Allegheny, PA, 6.0%, '11 | A | Int. & cap. gain | | T | Sold | 5/15 | J | A | |
| Bucks County W & S, 5%, '22 | A | Int. | J | T | | | | | |
| Conrad Weiser S.D., 5.25%, '14 | A | Int. | J | T | | | | | |
| Dauphin Cty., 4.4%, '19 | A | Int. | J | T | | | | | |
| Dauphin Cty., 4.5%, '26 | A | Int. | J | T | | | | | |
| Del. Pa. & NJ Riv., 5.4%, '14 | A | Int. | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less    B = $1,001 to $2,500
   C = $2,501 to $5,000    D = $5,001 to $15,000    E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
   S = Assessment    T = Cash/market  U = Book value   V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|----|----|----|----|----|----|----|----|----|----|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior dis-closure | Amt. Code[1] (A-H) | Type (e.g., div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Iden-tity from buyer/ seller |
| Pa. Turnpike, 5%, '23 | A | Int. | J | T | | | | | |
| Pa. 4th Series, 4.5%, '24 | None | | K | T | Purch. | 11/7 | | | |
| Pa. Turnpike, 4.75%, '27 | A | Int. | J | T | | | | | |
| Pa. St. Ed. Fin. A., 5.625%, '27 | B | Int. | K | T | | | | | |
| Phila. W & W, 5.5%, '14 | A | Int. & cap. gain | | T | Sold | 8/1 | J | A | |
| Phila. Parking, 5.125%, '24 | A | Int. | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001 to $2,500
   C = $2,501 to $5,000  D = $5,001 to $15,000  E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000  P = over $1,000,000 ·

3. Value Method Codes:  Q = Appraisal  R = Cost (real estate only)
   S = Assessment  T = Cash/market U = Book value  V = Other
   W = Estimated

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions

| A. | B. | | C. | | | D. | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets | Income during period | | Gross Value at end of period | | | Transactions during period | | | |
| | | | | | | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt prior dis- closure | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month- Day | Value Code² (J-P) | Gain Code¹ (A-H) | Iden- tity from buyer/ seller |
| Upper Dublin, 5%, '14 | A | Int. | J | T | | | | | |
| Wilkes-Barre Area S.D., 5.25%, '14 | A | Int. | J | T | | | | | |
| Wachovia Accts. | A | Int. | K | T | | | | | |
| <u>Estate of</u> ▉ (all assets liquidated or transferred by 12/31/04 except MetLife, first found in 2005) | | | | | | | | | |
| MetLife, Inc.* - com. stock | A | Div. | J | | Sold | 2/11 | J | | |

\* ins. co. had become stock co. - value unknown

---

1. Income/Gain Codes:     A = $1,000 or less        B = $1,001 to $2,500
   C = $2,501 to $5,000   D = $5,001 to $15,000    E = $15,001 to $50,000
   F = $50,001 to $100,000 G = $100,001 to $1 million H = over $1,000,000

2. Value Codes:        J = $15,000 or less        K = $15,001 to $50,000
   L = $50,001 to $100,000  M = $100,001 to $250,000 N = $250,001 to $500,000
   O = $500,001 to $1,000,000   P = over $1,000,000

3. Value Method Codes:  Q = Appraisal   R = Cost (real estate only)
   S = Assessment        T = Cash/market  U = Book value   V = Other
   W = Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| DOLORES K. SLOVITER | 5/15/06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

The Vanguard Municipal Bond Funds in VII have checking account features and were used for various transactions throughout the year.

In preparing this year's Financial Disclosure Report, I noticed that although I had listed Del. PA & NJ Riv., 5.4%, '14 as transferred last year from ██ ██████ Estate, I inadvertently failed to include it among my assets. I have corrected that this year.

SBC was acquired by or merged with AT&T but as all dividends were received from SBC in 2005, I have not included AT&T in this Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ████████████████████████

Date _May 12, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544